UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| IN Re: Shirley A. Givhan | Chapter 13 |
| Debtor(s) | BK NO. 14-25203-svk |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on May 20, 2015, we have electronically sent for filing with the Clerk of The U.S. Bankruptcy Court, a Response to Debtor's Motion to Participate in Mortgage Modification Mediation Program ("MMM Program"), accepting entry into the MMM Program.

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2015 a copy of the foregoing Response and accompanying Notice of Filing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Mary B. Grossman
Chapter 13 Trustee
ecf@chapter13milwaukee.com

Gary D. Hoffman
Attorney for Debtor
gary@arthurhoffmanlaw.com

U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

I further certify that on May 20, 2015, a copy of the foregoing Motion and accompanying Notice of Motion was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Shirley A. Givhan
5043 N. 61st Street
Milwaukee, WI 53218

                                                                */s/ Roderic Fleming*
                                                                Attorney for Movant

Eric Feldman & Associates, P.C.
123 W. Madison, Suite 1650
Chicago, IL 60602
312-631-3177; Fax: 877-571-4228
efeldman@efalaw.com

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| IN Re: Shirley A. Givhan | Chapter 13 |
|---|---|
| Debtor(s) | BK NO. 14-25203-svk |

### RESPONSE TO MOTION TO PARTICIPATE IN MORTGAGE MODIFICATION MEDIATION PROGRAM

The creditor, VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS, LLC ITS TRUSTEE, by and through its attorney ERIC FELDMAN AND ASSOCIATES, P.C. hereby Responds to Debtor's Motion to Participate in the Mortgage Modification Mediation Program ("MMM Program") by accepting entry into the MMM Program.

WHEREFORE, the creditor, VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS, LLC ITS TRUSTEE, prays that this Court enter an order granting authority for Debtor to enter the MMM Program.

Respectfully submitted,

*/s/ Roderic Fleming*
Attorney for Movant

Eric Feldman & Associates, P.C.
123 W. Madison, Suite 1650
Chicago, IL 60602
312-631-3177; Fax: 877-571-4228
efeldman@efalaw.com

**THIS COMMUNICIATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**